# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

WARDELL NEWSOME II                                                      PETITIONER

V.                           NO. 5:14CV00215 DPM/JTR

RAY HOBBS, Director,                                                    RESPONDENT
Arkansas Department of Correction

## ORDER

Respondent has filed a Response arguing that Petitioner's 28 U.S.C. § 2254 habeas claim should be dismissed because: (1) his attack on the constitutionality of his state post-conviction proceedings is not cognizable in federal habeas; (2) his attempt to relitigate a claim that was adjudicated on the merits in his first habeas action is an unauthorized "second or successive" habeas claim; and (3) the claim does not have any merit. *Doc. #6*. A Reply to the Response would be helpful to resolution of this action.

IT IS THEREFORE ORDERED THAT Petitioner is directed to file, **on or before August 18, 2014,** a Reply addressing the arguments for dismissal raised in the Response.

DATED THIS 16th DAY OF July, 2014.

_____
UNITED STATES MAGISTRATE JUDGE