IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WARDELL NEWSOME, II**                                               PETITIONER

v.                              No. 5:14-cv-215-DPM

**RAY HOBBS**, Director, ADC                                          RESPONDENT

ORDER

I recuse. I sat on the Arkansas Court of Appeals' panel that decided Newsome's direct appeal. *Houston v. Arkansas*, 2007 WL 1697318 (Ark. App. 13 June 2007). The merits of Newsome's habeas petition should be decided by a judge who hasn't considered Newsome's case before. The Clerk must reassign this case at random by chip exchange.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 March 2015