IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WARDELL NEWSOME II**                                                                                  **PETITIONER**

v.                             Case No.: 5:14-cv-00215-KGB-JTR

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                              **RESPONDENT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 13). Petitioner Wardell Newsome II has filed no objections, and the time for filing objections has passed. After careful consideration, the Court approves and adopts the Proposed Findings and Recommended Disposition in their entirety as this Court's findings in all respects.

The Court therefore dismisses without prejudice the petition for writ of habeas corpus under 28 U.S.C. § 2254 (Dkt. No. 1). Mr. Newsome may seek authorization from the Eighth Circuit Court of Appeals, pursuant to 28 U.S.C. § 2244(b)(3)(A), to file a successive habeas petition. The Court denies a certificate of appealability pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

SO ORDERED this 24th day of November, 2015.

_____
Kristine G. Baker
United States District Judge