IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WARDELL NEWSOME II**                                                                              **PETITIONER**

v.                            Case No.: 5:14-cv-00215-KGB-JTR

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                                  **RESPONDENT**

## JUDGMENT

Consistent with the Order entered on this date in this matter, the Court dismisses without prejudice this action.

SO ORDERED this 24th day of November, 2015.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge